**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 948 MAL 2015
:
Petitioner :
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
v. :
:
:
:
TODD DARIN LUCABAUGH, :
:
Respondent :

**ORDER**

**PER CURIAM**

    **AND NOW**, this 23rd day of March, 2016, the Petition for Allowance of Appeal is **DENIED**.

    Justice Donohue did not participate in the consideration or decision of this matter.